

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-18-00515-CV

**SOUTHCROSS ENERGY PARTNERS GP, LLC**,
Appellant/Cross-Appellee

v.

Ivy **GONZALEZ** on Behalf of M.R. Gonzalez, M.N. Gonzalez, Minor Children, and the Estate of Jesus Gonzalez, Jr.; Amy Gonzalez; and Jesus Gonzalez, Sr.; and Rene Elizondo, Appellees/Cross-Appellants[1]

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-139
Honorable Sandra L. Watts, Judge Presiding[2]

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's awards of exemplary damages are REVERSED. We RENDER a take-nothing judgment on appellees' and cross-appellants' gross negligence claims. In all other respects, the trial court's judgment is AFFIRMED. Each party shall bear their own costs of this appeal.

SIGNED February 24, 2021.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

---

[1] Rene Elizondo is the only appellee who is not a cross-appellant.

[2] Sitting by assignment. Judge Sandra L. Watts presided over some of the post-trial proceedings and signed the final judgment. The Honorable Ana Lisa Garza, Former Presiding Judge of the 229th Judicial District Court, presided over the trial proceedings and some of the post-trial proceedings.